

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00324-CR

| | | |
|---|---|---|
| VICTOR ALONSO ESPINOZA, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1498968D) |
| V. | § | February 21, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect Espinoza's sentence of five years' confinement on count 4, six years' confinement on count 5, two years' confinement on count 6, and two years' confinement on count 7, and affirm the trial court's judgment as modified. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth